```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANG ZENG, individually and on behalf all other employees similarly situated,

                      Plaintiff,

-against-

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a Hutaoli Music Restaurant & Bar a/k/a Hutaoli, WEI YOU a/k/a Mr. You, QUN CE LI a/k/a Jimmy Li, JOHN "DOE" (real name unknown) a/k/a Qun Ce Li's Partner, and SHUAI ZHANG,

                      Defendants.

22 Civ. 7132 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 8, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 20, 2022. ECF No. 7. This submission is now overdue. Accordingly, by **January 9, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge