UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANG ZENG, individually and on behalf all other
employees similarly situated,

                        Plaintiff,

               -against-

USA QR CULTURE INDUSTRIAL DEVELOPMENT
LLC d/b/a Hutaoli Music Restaurant & Bar a/k/a Hutaoli,
WEI YOU a/k/a Mr. You, QUN CE LI a/k/a Jimmy Li,
JOHN "DOE" (real name unknown) a/k/a Qun Ce Li's
Partner, and SHUAI ZHANG,

                        Defendants.

Case No. 1:22-cv-07132-AT

## DEFENDANTS' ANSWER AND
## AFFIRMATIVE DEFENSES TO THE COMPLAINT

     Defendants USA QR Culture Industrial Development LLC d/b/a Hutaoli Music Restaurant & Bar a/k/a Hutaoli, Wei You a/k/a Mr. You, Qun Ce Li a/k/a Jimmy Li, John "Doe" (real name unknown) a/k/a Qun Ce Li's Partner, and Shuai Zhang ("Defendants"), by and through their attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., answers the Amended Complaint filed by Plaintiff Yank Zeng ("Zeng" or "Plaintiff") as follows:

### NATURE OF THE ACTION

     1.    Paragraph 1 states introductory material and/or a legal conclusion to which no response is required.  To the extent that a response is required, Defendants deny the allegations in paragraph 1 of the Complaint, except admits that Plaintiff purports to plead claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") and the New York Labor Law ("NYLL").

2.      Defendants deny the allegations contained in paragraph 2 of the Complaint.

3.      Defendants deny the allegations contained in paragraph 3 of the Complaint.

4.      Defendants deny the allegations contained in paragraph 4 of the Complaint.

5.      Defendants deny the allegations contained in paragraph 5 of the Complaint.

6.      Paragraph 6 states introductory material and/or a legal conclusion to which no response is required.  To the extent that a response is required, Defendants deny the allegations in paragraph 1 of the Complaint, except admits that Plaintiff purports to plead claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") and the New York Labor Law ("NYLL").

## JURISDICTION AND VENUE

7.      Paragraph 7 states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations contained in paragraph 7 of the Complaint.

8.      Paragraph 8 states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations contained in paragraph 8 of the Complaint.

9.      Paragraph 9 states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations contained in paragraph 9 of the Complaint.

## THE PARTIES

**PLAINTIFF YANG ZENG**

10.      Defendants deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies and leaves Plaintiff to her proof.

11.    Defendants deny the allegations contained in paragraph 11 of the Complaint, except admit that Plaintiff was employed at Hutaoli.

12.    Defendants deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies and leaves Plaintiff to her proof.

13.    Defendants deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore denies and leaves Plaintiff to her proof.

**CORPORATE DEFENDANT USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC ("Hutaoli")**

14.    Defendants deny the allegations contained in paragraph 14 of the Complaint, except admit that USA QR Culture Industrial Development LLC is a limited liability company existing under the laws of the State of New York.

15.    Defendants deny the allegations contained in paragraph 15 of the Complaint, except admit that Hutaoli Music Restaurant & Bar is located at 42 W. 33rd St., New York, NY 10001.

16.    Defendants deny the allegations contained in paragraph 16 of the Complaint, except admit that USA QR Culture Industrial Development LLC filed its Assumed Name as Hutaoli Music Restaurant & Bar.

17.    Defendants deny the allegations contained in paragraph 17 of the Complaint.

18.    Defendants deny the allegations contained in paragraph 18 of the Complaint.

<u>**INDIVIDUAL DEFENDANTS**</u>

*Defendant WEI YOU a/k/a/ Mr. You ("Defendant Mr. You")*

19.    Defendants deny the allegations contained in paragraph 19 of the Complaint.

3

20.     Defendants deny the allegations contained in paragraph 20 of the Complaint.

21.     Defendants deny the allegations contained in paragraph 21 of the Complaint.

22.     Defendants deny the allegations contained in paragraph 22 of the Complaint.

23.     Defendants deny the allegations contained in paragraph 23 of the Complaint.

24.     Defendants deny the allegations contained in paragraph 24 of the Complaint.

*Defendant Qun Ce Li a/k/a Jimmy Li ("Defendant Jimmy Li")*

25.     Defendants deny the allegations contained in paragraph 25 of the Complaint.

26.     Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.     Defendants deny the allegations contained in paragraph 27 of the Complaint.

28.     Defendants deny the allegations contained in paragraph 28 of the Complaint.

29.     Defendants deny the allegations contained in paragraph 29 of the Complaint.

30.     Defendants deny the allegations contained in paragraph 30 of the Complaint.

**Defendant JOHN DOE (real name unknown) a/k/a Qun Ce Li's Partner ("Defendant Li's Partner")**

31.     Defendants deny the allegations contained in paragraph 31 of the Complaint.

32.     Defendants deny the allegations contained in paragraph 32 of the Complaint.

33.     Defendants deny the allegations contained in paragraph 33 of the Complaint.

34.     Defendants deny the allegations contained in paragraph 34 of the Complaint.

35.     Defendants deny the allegations contained in paragraph 35 of the Complaint.

36.     Defendants deny the allegations contained in paragraph 36 of the Complaint.

**Defendant Shuai Zhang ("Defendant Shuai Zhang")**

37.     Defendants deny the allegations contained in paragraph 37 of the Complaint.

38.     Defendants deny the allegations contained in paragraph 38 of the Complaint.

39.     Defendants deny the allegations contained in paragraph 39 of the Complaint.

40.     Defendants deny the allegations contained in paragraph 40 of the Complaint.

41.     Defendants deny the allegations contained in paragraph 41 of the Complaint.

42.     Defendants deny the allegations contained in paragraph 42 of the Complaint.

43.     Defendants deny the allegations contained in paragraph 43 of the Complaint.

44.     Defendants deny the allegations contained in paragraph 44 of the Complaint.

## FACTUAL ALLEGATIONS

*Defendants Constitute Joint Employers*

45.     Defendants deny the allegations contained in paragraph 45 of the Complaint.

46.     Defendants deny the allegations contained in paragraph 46 of the Complaint.

47.     Defendants deny the allegations contained in paragraph 47 of the Complaint.

48.     Defendants deny the allegations contained in paragraph 48 of the Complaint.

49.     Defendants deny the allegations contained in paragraph 49 of the Complaint.

50.     Defendants deny the allegations contained in paragraph 50 of the Complaint.

51.     Defendants deny the allegations contained in paragraph 51 of the Complaint.

52.     Defendants deny the allegations contained in paragraph 52 of the Complaint.

53.     Defendants deny the allegations contained in paragraph 53 of the Complaint.

54.     Defendants deny the allegations contained in paragraph 54 of the Complaint.

### ***Plaintiff Yang Zeng***

55.     Defendants deny the allegations contained in paragraph 55 of the Complaint, except admit that Plaintiff worked at Hutaoli.

56.     Defendants deny the allegations contained in paragraph 56 of the Complaint.

57.     Defendants deny the allegations contained in paragraph 57 of the Complaint.

58.     Defendants deny the allegations contained in paragraph 58 of the Complaint.

59.     Defendants deny the allegations contained in paragraph 59 of the Complaint.

5

60.     Defendants deny the allegations contained in paragraph 60 of the Complaint.

61.     Defendants deny the allegations contained in paragraph 61 of the Complaint.

62.     Defendants deny the allegations contained in paragraph 62 of the Complaint, except admit Plaintiff worked at Hutaoli.

63.     Defendants deny the allegations contained in paragraph 63 of the Complaint.

64.     Defendants deny the allegations contained in paragraph 64 of the Complaint.

65.     Defendants deny the allegations contained in paragraph 65 of the Complaint.

66.     Defendants deny the allegations contained in paragraph 66 of the Complaint.

67.     Paragraph 67 states introductory material and/or a legal conclusion to which no response is required.  To the extent that a response is required, Defendants deny the allegations in paragraph 67 of the Complaint, except admit that Plaintiff purports to plead this action as a collective action under 29 U.S.C. § 216(b).

68.     Defendants deny the allegations contained in paragraph 68 of the Complaint.

69.     Defendants deny the allegations contained in paragraph 69 of the Complaint.

70.     Defendants deny the allegations contained in paragraph 70 of the Complaint.

*Plaintiff's Work Schedule*

71.     Defendants deny the allegations contained in paragraph 71 of the Complaint.

72.     Defendants deny the allegations contained in paragraph 72 of the Complaint.

73.     Defendants deny the allegations contained in paragraph 73 of the Complaint.

74.     Defendants deny the allegations contained in paragraph 74 of the Complaint.

75.     Defendants deny the allegations contained in paragraph 75 of the Complaint.

76.     Defendants deny the allegations contained in paragraph 76 of the Complaint.

77.     Defendants deny the allegations contained in paragraph 77 of the Complaint.

78.     Defendants deny the allegations contained in paragraph 78 of the Complaint.

79.     Defendants deny the allegations contained in paragraph 79 of the Complaint.

80.     Defendants deny the allegations contained in paragraph 80 of the Complaint.

81.     Defendants deny the allegations contained in paragraph 81 of the Complaint.

82.     Defendants deny the allegations contained in paragraph 82 of the Complaint.

***Plaintiff's Pay***

83.     Defendants deny the allegations contained in paragraph 83 of the Complaint.

84.     Defendants deny the allegations contained in paragraph 84 of the Complaint.

85.     Defendants deny the allegations contained in paragraph 85 of the Complaint.

86.     Defendants deny the allegations contained in paragraph 86 of the Complaint.

87.     Defendants deny the allegations contained in paragraph 87 of the Complaint.

88.     Defendants deny the allegations contained in paragraph 88 of the Complaint.

89.     Defendants deny the allegations contained in paragraph 89 of the Complaint.

90.     Defendants deny the allegations contained in paragraph 90 of the Complaint.

91.     Defendants deny the allegations contained in paragraph 91 of the Complaint.

92.     Defendants deny the allegations contained in paragraph 92 of the Complaint.

93.     Defendants deny the allegations contained in paragraph 93 of the Complaint.

94.     Defendants deny the allegations contained in paragraph 94 of the Complaint.

95.     Defendants deny the allegations contained in paragraph 95 of the Complaint.

96.     Defendants deny the allegations contained in paragraph 96 of the Complaint.

*Defendant's General Employment Practices*

97.     Defendants deny the allegations contained in paragraph 97 of the Complaint.

98.     Defendants deny the allegations contained in paragraph 98 of the Complaint.

99.     Defendants deny the allegations contained in paragraph 99 of the Complaint.

100.    Defendants deny the allegations contained in paragraph 100 of the Complaint.

101.     Defendants deny the allegations contained in paragraph 101 of the Complaint.

102.     Defendants deny the allegations contained in paragraph 102 of the Complaint.

103.     Defendants deny the allegations contained in paragraph 103 of the Complaint.

104.     Defendants deny the allegations contained in paragraph 104 of the Complaint.

105.     Defendants deny the allegations contained in paragraph 105 of the Complaint.

106.     Defendants deny the allegations contained in paragraph 106 of the Complaint.

107.     Defendants deny the allegations contained in paragraph 107 of the Complaint.

108.     Defendants deny the allegations contained in paragraph 108 of the Complaint.

109.     Defendants deny the allegations contained in paragraph 109 of the Complaint.

**<u>COLLECTIVE ACTION ALLEGATIONS</u>**

110.     Defendants deny the allegations contained in paragraph 110 of the Complaint.

111.     Defendants deny the allegations contained in paragraph 111 of the Complaint.

112.     Defendants deny the allegations contained in paragraph 112 of the Complaint.

113.     Defendants deny the allegations contained in paragraph 113 of the Complaint.

114.     Defendants deny the allegations contained in paragraph 114 of the Complaint.

115.     Defendants deny the allegations contained in paragraph 115 of the Complaint.

116.     Defendants deny the allegations contained in paragraph 116 of the Complaint.

117.     Defendants deny the allegations contained in paragraph 117 of the Complaint.

118.     Defendants deny the allegations contained in paragraph 118 of the Complaint.

119.     Defendants deny the allegations contained in paragraph 119 of the Complaint.

120.     Defendants deny the allegations contained in paragraph 120 of the Complaint.

**STATEMENT OF CLAIM**

**COUNT 1**
**[Violations of the Fair Labor Standards Act–Overtime Wage**
**Brought on behalf of the Plaintiff and the FLSA Collective]**

121.    Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

122.    Defendants deny the allegations contained in paragraph 122 of the Complaint.

123.    Defendants deny the allegations contained in paragraph 123 of the Complaint.

124.    Defendants deny the allegations contained in paragraph 124 of the Complaint.

125.    Defendants deny the allegations contained in paragraph 125 of the Complaint.

126.    Defendants deny the allegations contained in paragraph 126 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**COUNT II**
**[Violations of the Fair Labor Standards Act–Minimum Wage**
**Brought on behalf of the Plaintiff and the FLSA Collective]**

127.    Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

128.    Defendants deny the allegations contained in paragraph 128 of the Complaint.

129.    Defendants deny the allegations contained in paragraph 129 of the Complaint.

130.    Defendants deny the allegations contained in paragraph 130 of the Complaint.

131.    Defendants deny the allegations contained in paragraph 131 of the Complaint.

132.    Defendants deny the allegations contained in paragraph 132 of the Complaint.

133.    Defendants deny the allegations contained in paragraph 133 of the Complaint.

134.    Defendants deny the allegations contained in paragraph 134 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**COUNT III**
**[Violation of New York Labor Law–Minimum Wage**
**Brought on behalf of Plaintiff]**

135.     Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

136.     Defendants deny the allegations contained in paragraph 136 of the Complaint.

137.     Defendants deny the allegations contained in paragraph 137 of the Complaint.

138.     Defendants deny the allegations contained in paragraph 138 of the Complaint.

139.     Defendants deny the allegations contained in paragraph 139 of the Complaint.

140.     Defendants deny the allegations contained in paragraph 140 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**COUNT IV**
**[Violation of New York Labor Law–Overtime Pay**
**Brought on behalf of Plaintiff]**

141.     Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

142.     Defendants deny the allegations contained in paragraph 142 of the Complaint.

143.     Defendants deny the allegations contained in paragraph 143 of the Complaint.

144.     Defendants deny the allegations contained in paragraph 144 of the Complaint.

145.     Defendants deny the allegations contained in paragraph 145 of the Complaint.

146.     Defendants deny the allegations contained in paragraph 146 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**COUNT V**
**[Violation of New York Labor Law-Spread of Hour Pay**
**Brought on behalf of Plaintiff]**

147.     Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

148.    Defendants deny the allegations contained in paragraph 148 of the Complaint.

149.    Defendants deny the allegations contained in paragraph 149 of the Complaint.

150.    Defendants deny the allegations contained in paragraph 150 of the Complaint.

151.    Defendants deny the allegations contained in paragraph 151 of the Complaint.

152.    Defendants deny the allegations contained in paragraph 152 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

### COUNT VI
**[Violation of New York Labor Law–Time of Hire Wage Notice Requirement Brought on behalf of Plaintiff]**

153.    Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

154.    Defendants deny the allegations contained in paragraph 154 of the Complaint.

155.    Defendants deny the allegations contained in paragraph 155 of the Complaint.

156.    Defendants deny the allegations contained in paragraph 156 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

### COUNT VII
**[Violation of New York Labor Law–New York Pay Stub Requirement Brought on behalf of Plaintiff]**

157.    Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

158.    Defendants deny the allegations contained in paragraph 158 of the Complaint.

159.    Defendants deny the allegations contained in paragraph 159 of the Complaint.

160.    Defendants deny the allegations contained in paragraph 160 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**COUNT VIII**
**[Violations of the Fair Labor Standards Act–Failure to Timely Pay Wages**
**Brought on behalf of the Plaintiff and the FLSA Collective]**

161.    Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

162.    Defendants deny the allegations contained in paragraph 162 of the Complaint.

163.    Defendants deny the allegations contained in paragraph 163 of the Complaint.

164.    Defendants deny the allegations contained in paragraph 164 of the Complaint.

165.    Defendants deny the allegations contained in paragraph 165 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**COUNT IX**
**[Violation of the New York Labor Law–Frequency of Payment**
**Brought by Plaintiff]**

166.    Defendants repeat and reallege each and every allegation of the preceding paragraphs hereof with the same force and effect as though fully set forth herein

167.    Defendants deny the allegations contained in paragraph 167 of the Complaint.

168.    Defendants deny the allegations contained in paragraph 168 of the Complaint.

169.    Defendants deny the allegations contained in paragraph 169 of the Complaint.

170.    Defendants deny the allegations contained in paragraph 170 of the Complaint.

171.    Defendants deny the allegations contained in paragraph 171 of the Complaint, and further denies that Plaintiff is entitled to any relief sought, or to any other relief.

**PRAYER FOR RELIEF**

Defendants deny that Plaintiff is entitled to any relief requested on page 29 of the Complaint, or to any other relief.

## DEMAND FOR JURY

No response is required to the "DEMAND FOR TRIAL BY JURY" Paragraph of the Complaint. To the extent that a response is required, Defendants deny that any relief sought by Plaintiff is warranted or appropriate, sustainable in fact, or available in law.

## GENERAL DENIAL

Defendants deny each and every allegation in the Complaint not specifically admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming the burden of proof on any issue as to which the burden of proof is on Plaintiff under applicable law, Defendants assert the additional defenses stated below and expressly reserves and does not waive the right to assert any and all additional defenses at such time and to such extent as discovery and factual developments establish a basis therefor.

## FIRST DEFENSE

The Complaint, in whole or in part, fails to state a cause of action upon which relief may be granted.

## SECOND DEFENSE

To the extent Plaintiff's claims are based on acts that occurred prior to any applicable statute of limitations, Plaintiff's claims are time-barred.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands, laches, estoppel, waiver, and/or other equitable defenses, to the extent that discovery or factual developments establish a basis therefore.

## FOURTH DEFENSE

None of the alleged actions or omissions constitute any willful violation of any law.

13

## FIFTH DEFENSE

Plaintiff's own conduct caused, in whole or in part, whatever damages she purports to have suffered.

## SIXTH DEFENSE

Plaintiff's claims for punitive damages are barred by applicable law, and in any event, are barred by the due process clauses of the Constitution of the United States, and of the state of New York.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged violations of the FLSA or NYLL, if any, were *de minimis*.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Defendant did not willfully and with intent deprive Plaintiff of any wages or pay to which Plaintiff was entitled under the NYLL or FLSA.

## NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff is not entitled to relief because any alleged acts or omissions by Defendant were in good faith, in conformity with and in reliance on applicable administrative regulations, orders, rules, approval or interpretation, or administrative practices or enforcement policies of the Administrator of the Wage and Hour Division of the U.S. Department of Labor, the New York Department of Labor, and/or other administrative and judicial orders and interpretations with respect to the class of employers to which Defendant belongs.

## TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff received all wages, salary or income to which she was entitled.

## ELEVENTH DEFENSE

Plaintiff's claim for spread-of-hours wages is not actionable because Plaintiff earned above the applicable minimum wage.

## TWELFTH DEFENSE

Plaintiff's claim for wage notice violation is not actionable because Plaintiff was provided with wage notice(s) that complied or substantially complied with the applicable requirements.

## THIRTEETH DEFENSE

Plaintiff's claims are barred against Defendants to the extent they were not Plaintiff's "employer" under the law.

## FOURTEENTH DEFENSE

Plaintiff lacks standing to assert her claims, in whole or part, on behalf of herself and/or as representative of any putative class.

## FIFTEENTH DEFENSE

Some or all of the claims alleged by Plaintiff are neither common to nor typical of those, if any, of the alleged group of persons whom she purports to represent, the existence of which is expressly denied.

## SIXTEENTH DEFENSE

Plaintiff is an inadequate representative of some or all members of the putative class.

## SEVENTEENTH DEFENSE

The types of claims alleged by Plaintiff on behalf of herself and the group of persons whom she purports to represent, the existence of which is expressly denied, are matters in which individual questions predominate and, accordingly, are not appropriate for class treatment.

## EIGHTEENTH DEFENSE

Some or all of the claims asserted by Plaintiff are unsuitable for class treatment because a class action is not superior to other available methods for the fair and efficient adjudication of the controversy underlying them.

## NINETEENTH DEFENSE

Upon information and belief, certain of the interests of the Plaintiff are in conflict with the interests of some or all   members of the putative class.

## TWENTIETH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff and all purported class members received all wages, salary or income to which they were entitled.

**WHEREFORE**, Defendants request that the Court enter judgment dismissing the Complaint in its entirety and with prejudice, granting its costs and attorneys' fees and granting such other relief as the Court may deem just and proper.

Dated: New York, New York
February 6, 2023

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By: *s/ Jessica R. Schild*
Jessica R. Schild
599 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 492-2500
jessica.schild@ogletree.com

*Attorneys for Defendants*

17

<u>**CERTIFICATE OF SERVICE**</u>

I, Jessica R. Schild, hereby certify that on February 6, 2023, the foregoing Answer and Affirmative Defenses to the Complaint was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such case filing on all parties of record in this action.


<u>*s/ Jessica R. Schild*</u>
Jessica R. Schild