USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2023__



**Seo Law Group, PLLC**
136-68 Roosevelt Ave, Suite
Flushing, New York 1135
Phone: 718-500-3340

July 10, 2023

Robert Jun
Tel: (718) 500-3340
Email: robert@seolawgroup.com

**VIA ECF**
The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

> **RE:**    ***Zeng et al v. USA QR Culture Industrial Development LLC et al***
>    **Case No. 1:22-CV-07132**

Dear Judge Torres:

    This office represents Plaintiff Yang Zeng in the above referenced matter. The parties have entered into a stipulation to extend the fact discovery deadline from July 11, 2023 to September 11, 2023. Attached hereto is a copy of the stipulation.

    The parties are currently in the middle of settlement negotiations. However, in the event that the ongoing settlement talks fail to reach a resolution, there are still outstanding discovery issues that need to be resolved. Therefore the Plaintiff requests that this Court extend the fact discovery deadline to September 11, 2023. This is the first time that the parties have requested an extension of the fact discovery deadline.

    We thank the Court for its time and attention to this matter.

> Respectfully Submitted,
>
> Seo Law Group, PLLC
>
> By:   /s/ *Robert Jun*
> Robert Jun
> *Attorneys for Defendants*

GRANTED. The case management conference scheduled for July 26, 2023, is ADJOURNED to **September 26, 2023**, at **10:20 a.m.**

SO ORDERED.

Dated: July 11, 2023
    New York, New York

_____
ANALISA TORRES
United States District Judge