**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Kerry A. Burns
212.492.2069
kerry.burns@ogletree.com

August 28, 2023

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Zeng v USA QR Culture Industrial Development LLC et al*
             1:22-cv-07132-AT

Dear Judge Subramanian:

      We represent Defendants USA QR Culture Industrial Development LLC d/b/a Hutaoli Music Restaurant & Bar, Wei You, Qun Ce Li, John Doe, and Shuai Zhang (collectively, the "Defendants") in the above-referenced matter.  We write jointly with counsel for Plaintiff in accordance with Your Honor's Order (Docket No. 29) dated August 11, 2023, to provide the Court with a case status update.

      Plaintiff commenced this action alleging that Defendants: (i) failed to pay overtime in violation of the Fair Labor Standards Act ("FLSA") and applicable state laws of New York; (ii) failed to pay minimum wages in violation of the FLSA and applicable state laws of New York; (iii) failed to pay spread of hours pay in violation of the New York Labor Law ("NYLL"); (iv) failed to furnish proper wage notices and wage statements in violation of the NYLL; and (V) failed to timely pay wages in violation of the FLSA and NYLL.  Defendants have denied all of the allegations against them and contend that Plaintiff was paid timely and properly under all applicable federal, state, and local laws.

      The Parties have reached a settlement in principle of this matter.  On August 7, 2023, we sent Plaintiff's counsel a draft Settlement Agreement and Release.  Plaintiff's counsel provided comments on August 22, 2023.  I provided a revised draft to Plaintiff's counsel today.  We expect the agreement to be finalized and executed within a week, and Plaintiff's counsel will thereafter seek approval of the Agreement and Release in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

The Honorable Subramanian
August 28, 2023
Page 2

      The Parties will provide any additional information Your Honor would like as this time.  We thank Your Honor for the time and continued attention to this matter.

      Respectfully submitted,

      OGLETREE, DEAKINS, NASH,
       SMOAK & STEWART, P.C.

By:    */s/ Kerry A. Burns*
        Kerry A. Burns