

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

September 15, 2023

Robert Jun
Tel: (718) 500-3340
Email: robert@seolawgroup.com

**VIA ECF**

The Honorable Arun Subramanian
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**       ***Zeng et al v. USA QR Culture Industrial Development LLC et al***
                **Case No. 1:22-CV-07132**

Dear Judge Subramanian:

      This office represents Plaintiff Yang Zeng in the above referenced matter. The deadline for the parties to submit the settlement agreement and Cheeks letter is today, September 15, 2023. The parties have finalized settlement terms yesterday on September 14, 2023. In light of this, Plaintiff has not had an opportunity to sign the settlement agreement. The undersigned writes to inform the Court that the signed settlement agreement, along with the Cheeks letter, will be filed with this Court no later than September 18, 2023.

      We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Seo Law Group, PLLC

By: __/s/ *Robert Jun*_____
Robert Jun
*Attorneys for Plaintiff*

cc: All counsel of record (via ECF)