UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANG ZENG,

                Plaintiff,

-v-

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC, et al.,

                Defendants.

22-cv-7132 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq* and the New York State Labor Law, N.Y. Lab. Law § 650 *et seq*, advised the Court that they had agreed to a settlement. See ECF No. 33. On September 19, 2023, Plaintiff submitted a letter requesting approval of the settlement and submitted the settlement itself to the Court for its approval. Among other things, the settlement agreement provides for payment of the Plaintiff's attorney's fees by Defendants.

    Before approving or rejecting the proposed settlement, the Court requires additional information with respect to the award of attorney's fees. To that end, Plaintiff's counsel is directed to submit its billing records, invoice, or equivalent information regarding its work on the case to the Court via email for *in camera* review **on or before September 29, 2023**.

    SO ORDERED.

Dated: September 19, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge